# U.S Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for "Service of Process by the U.S Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:18-CR-232-K |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Detonte Spearman | Amended Plea Agreement |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

2015 Chevrolet Impala, Serial Number: 1G11Z5SL9FU146325

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

US MARSHALS SERVICE N/TX
DALLAS, TEXAS
2019 DEC 12

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Melissa A. Childs
Assistant United States Attorney
1100 Commerce Street; Suite 300
Dallas, Texas 75242

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER**
(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):

Pursuant to the Amended Plea Agreement filed September 24, 2019, the USMS is to release the property listed in the Amended Plea Agreement upon receipt of all cost the government incurred seizing, towing, and storing the vehicle by and through the defendant's attorney Ezekiel Tyson.
Asset ID: 18-DEA-642002

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ *Melissa A. Childs* by A. Jacques | ☒ PLAINTIFF ☐ DEFENDANT | (214) 659-8600 | 12/11/19 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 77 | District to Serve<br>No. 77 | Signature of Authorized USMS Deputy or Clerk | Date<br>12/13/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 12/17/19   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$65.00 | Total Mileage Charges (including endeavors)<br>0 | Forwarding Fee<br>0 | Total Charges<br>$65.00 | Advance Deposits<br>0 | Amount owed to U.S. Marshal* or (Amount of Refund)<br>0 |
|---|---|---|---|---|---|

**REMARKS:** The above listed asset was returned to the owner on December 17, 2019 per Amended Plea Agreement

PRIOR EDITIONS MAY BE USED                                       FORM USM-285